*Andrew Byrne* and *Jacob Goldsmith* for appellant.

*William Copeland Dodge, District Attorney* (*Vincent A. Catoggio, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.

HELEN EISSER, Respondent, *v.* THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Appellant.

(Argued October 15, 1935; decided November 19, 1935.)

*William B. Moore* for appellant.

*Leo Fixler* and *Abraham Engelman* for respondent.

Order affirmed and judgment absolute ordered against the appellant on the stipulation, with costs in all courts. No opinion. (See 269 N. Y. 677.)

Concur: LEHMAN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J., and O'BRIEN, J. Not sitting: CROUCH, J.